UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 5:25-CR-00108-KKC-EBA |
| ) | |
| HAO QIU, ) | |
| ) | |
| Defendant. ) | |

## ORDER

By agreement of the magistrate judges involved, **IT IS ORDERED** that the initial appearance and arraignment scheduled for September 15, 2025, in Frankfort, before Judge Atkins, shall be **ADVANCED** to **September 2, 2025, at 1:30 p.m.** before Judge Stinnett in Lexington.

Signed this the 28th of August, 2025.



MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF KENTUCKY