UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 5:25-cr-108-KKC-EBA |
| | ) | |
| HAO QUI, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

*** *** *** ***

Prior to the start of the initial appearance and arraignment on September 2, 2025, defense counsel advised the Court that the defendant required an interpreter. For that reason, the proceeding did not take place. The Court has since secured an interpreter and this matter is **RESCHEDULED** for **September 8, 2025, at 3:00 p.m**. in Lexington before the undersigned.

Entered this 4th day of September, 2025.



MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF KENTUCKY

1