UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 5:25-cr-108-KKC-EBA |
| | ) | |
| HAO QUI, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

*** *** *** ***

The Court on its own motion, and to accommodate defense counsel's schedule, **CONTINUES** the initial appearance and arraignment in this matter to **September 9, 2025, at 11:00 a.m**. in Lexington before the undersigned.

Entered this 5th day of September, 2025.



MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF KENTUCKY