AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Eastern     DISTRICT OF     Kentucky

USA

V.

Hao Qiu

## EXHIBIT AND WITNESS LIST

Case Number: 5:25-cr-108-KKC-EBA-1

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Magistrate Judge Edward B. Atkins | Andrew T. Boone, AUSA | Pamela Perlman |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| Detention Hearing 9/17/2025 | ECR | J. Jones |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 9/17/2025 | A | X | Exhibit - Photo Copy Original Passports of A.Q., J.Q., G.Q. |
| X | | 9/17/2025 | B | X | Exhibit - Photo Copy of Replacement Passport J.Q. |
| X | | 9/17/2025 | C | X | Exhibit - Photo Copy of Replacement Passport A.Q. |
| X | | 9/17/2025 | D | X | Exhibit - Photo Copy of Replacement Passport G.Q. |
| X | | 9/17/2025 | E | X | Exhibit - Fayette Circuit Court Agreed Order |
| X | | 9/17/2025 | | | Witness - Isaac Robison, FBI Special Agent |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages