UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL NUMBER 5:25-CR-108-KKC

UNITED STATES OF AMERICA,                                              PLAINTIFF

V.

HAO QIU,                                                               DEFENDANT

MOTION TO CONTINUE TRIAL

Defendant comes by counsel and moves the Court to continue the trial of this matter currently set for November 10, 2025 for a period of 90 days to 120 days.

The Defendant is charged with international parental kidnapping and is a Chinese citizen who has very limited ability to speak English. Counsel has zero ability to speak Mandarin. Communications have been difficult due to the scarcity of Mandarin certified translators in the Eastern District of Kentucky. Additionally, Defendant's phone has just been located by the U.S. Attorney's office. The phone will likely have probative evidence and potentially exculpatory information and therefore it must be accessed prior to a trial. There is not time to do that with the current trial schedule.

Defendant's custodial and divorce files in Fayette Circuit Court are sealed. Again, these files are likely to contain probative and potentially exculpatory evidence. Undersigned counsel has filed a motion to allow access to these files and it is scheduled for the first available motion hour, October 28. If the Fayette Circuit Court allows the

unsealing of the files for undersigned counsel, this will not provide enough time for trial preparation between the motion hour and trial date.

Additionally, Defendant's father, also a Chinese citizen, may be a trial witness. Based on information available, Mr. Qiu the elder speaks zero English and has no e-mail. This complication will require again more than standard time for locating and arranging witnesses.

Counsel has conferred with Defendant Qiu and he has no objection to the continuance.

The Assistant U.S. Attorney has said he has no objection to a continuance.

Respectfully submitted,

/s/ Pamela D. Perlman

Pamela D. Perlman
PO Box 22107
Lexington, KY  40522
859 231-7572

## CERTIFICATE OF SERVICE

It is hereby certified that a true and accurate copy of the foregoing motion has been served on all parties of record via ECF this 16th day of October, 2025.

/s/ Pamela D. Perlman

Pamela D. Perlman